314 So.2d 322

**In re Paul Wesley LAMBERT**

**v.**

**STATE.**

**Ex parte Paul Wesley Lambert.**

**SC 1295.**

Supreme Court of Alabama.

June 12, 1975.

Edward B. Raymon, Montgomery, for petitioner.

FAULKNER, Justice.

Petition of Paul Wesley Lambert for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Lambert v. State, 55 Ala.App. 242, 314 So.2d 318.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

318 So.2d 324

**In re Willie LEBO**

**v.**

**STATE.**

**Ex parte Willie Lebo.**

**SC 1408.**

Supreme Court of Alabama.

Aug. 28, 1975.

Elno A. Smith, Jr., Montgomery, for petitioner.

MERRILL, Justice.

Petition of Willie Lebo for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Lebo v. State, 55 Ala.App. 624, 318 So.2d 319.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

317 So.2d 372

**In re William N. LOWERY**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1359.**

Supreme Court of Alabama.

July 31, 1975.

William J. Baxley, Atty. Gen., and Kermit M. Downs, Asst. Atty. Gen., for petitioner.

FAULKNER, Justice.

Petition of THE State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Lowery v. State*, 55 Ala.App. 514, 317 So.2d 365.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, JONES and EMBRY, JJ., concur.